**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    v.                            Case No. 06-cr-34-01-PB

**Anthony Burnett**, et al.


**O R D E R**

    The defendant has moved to continue the April 4, 2006 trial in the above case, citing the need for additional time to complete extensive discovery and prepare a defense.  The government and co-defendant Quenta Parker do not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from April 4, 2006 to July 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 24, 2006 final pretrial conference is continued until June 26, 2006 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 24, 2006

cc: David Bownes, Esq.
    Robert Veiga, AUSA
    United States Probation
    United States Marshal